ORIGINAL

# United States District Court
NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Edward "Eddie" Okenica

FILED IN CHAMBERS
U.S.D.C. Atlanta
AUG 12 2019
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

**CRIMINAL COMPLAINT**
Case Number: 1:19-MJ-675

**UNDER SEAL**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. Beginning in at least September 2018 and continuing until at least June 2019 in Forsyth County, in the Northern District of Georgia, defendant: (a) produced or attempt to produce child pornography; (b) received child pornography; (c) possessed child pornography; and (d) used a means of interstate commerce to persuade, induce, entice, and coerce individuals who have not attained the age of 18 years to engage in any sexual activity for which the defendant could be charged with a criminal offense,

in violation of Title 18, United States Code, Sections 2251(a), 2252(a)(2), 2252(a)(4)(B), and 2422(b), respectively.

I further state that I am a Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

Signature of Complainant
James Holt

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

August 12, 2019                                              at   Atlanta, Georgia
Date                                                              City and State


JANET F. KING
UNITED STATES MAGISTRATE JUDGE                                    Signature of Judicial Officer
Name and Title of Judicial Officer
AUSA Alex R. Sistla / 2019R00055

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, James Holt, a Special Agent (SA) with Homeland Security Investigations (HSI), Immigration and Customs Enforcement (ICE), being first duly sworn, hereby depose and state that:

1. I am a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) and have been so employed since 2009. I am currently assigned to the Special Agent in Charge (SAC) Atlanta Office. Among my responsibilities as a Special Agent, I investigate crimes involving the sexual exploitation of children, including offenses involving travel in foreign commerce and the production of child pornography. I have received training in the investigation of child exploitation offenses, and I have conducted and assisted in several child exploitation investigations. I have executed several search warrants that have led to seizures of child pornography. I am also responsible for enforcing federal criminal statutes involving immigration and customs violations including Titles 8, 18, 19, 21, and 31 of the United States Code, and other related offenses.

2. I have been investigating the activities of **EDWARD ("EDDIE") OKENICA** who resides at 6310 Black Rock Point, Cumming, Georgia, 30041. Based on the facts alleged below, there is probable cause to believe that **OKENICA** produced and attempted to produce child pornography, in violation of 18 U.S.C. § 2251(a), received child pornography, in violation of 18 U.S.C.§ 2252(a)(2), possessed child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B), and by means of interstate commerce enticed and attempted to entice anyone under the age of 18 to engage in any sexual activity which a person can be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b). I am submitting this affidavit in support of a criminal complaint.

3. The information contained in this affidavit is based upon my personal knowledge and observation, my training and experience, conversations with other law enforcement officers and witnesses, and the review of documents and records.

**Probable Cause In Support of Criminal Complaint**

4. Snapchat is a mobile social media communication application owned by Snap and it is available through the iPhone App Store and Google Play[1]. The application provides a way to share moments with photos, videos, and text. Snapchat's differentiating feature from other communications applications is that once a sender is able to set a variable amount of time the message is viewable by the receiver. This time can be between one and ten seconds. At the expiration of time, the message is deleted from Snapchat's servers. Similarly, the message disappears from the user's devices. If the receiver of a Snapchat message does not access the application on their device the message remains undelivered. Snap's services are designed to store unopened snaps for 30 days. After 30 days the messages are deleted from Snap's servers.

5. Since November 2018, HSI and the Forsyth County (GA) Sheriff's Office have been investigating allegations that **OKENICA**, in the Northern District of Georgia, has been soliciting nude photographs and/or videos from minor females using Snapchat. The investigation has revealed that **OKENICA** has contacted dozens of minor females across the United States using the Snapchat account associated with the Snapchat User ID EDDIEOKENICAA ("Snap Account") and has successfully persuaded many of them to send him nude photographs and/or videos. In

---

[1] The source for the information listed this paragraph is Snap Inc.'s Law Enforcement Guide (last updated September 21, 2018), *available at* https://storage.googleapis.com/snap-inc/privacy/lawenforcement.pdf.

multiple instances, **OKENICA**, using the Snap Account, has offered to pay these minor females for the photographs and videos. There is also evidence that **OKENICA** has used the Snap Account (*i.e.*, sent chats using Snapchat) threatening to expose at least three minor females if they refuse to continue to send him nude photographs and/or videos. Below I have provided details regarding two of the minor females (Victim 1, located in Florida, and Victim 2, located in Arizona) with whom **OKENICA** has communicated using the Snap Account.

6. On or about September 26, 2018, a Hillsborough County (FL) Sheriff's Office Deputy Sheriff interviewed Victim 1 and Victim 1's mother at the hotel they were staying at in Tampa, Florida. At the time of this interview, Victim 1 was a 12-year-old female. In sum and substance, Victim 1 explained that she had been communicating via Snapchat with the Snap Account in September 2018. The user of the Snap Account (subsequently identified as the target of the investigation, **OKENICA**) offered to pay Victim 1 for nude photographs of herself. Using her Snapchat account, Victim 1 sent the user of the Snap Account a picture that included her face and exposed breasts. After Victim 1 sent the picture, the user of the Snap Account threatened to share the nude photograph with all of Victim 1's Instagram friends if she did not send more nude pictures. The Deputy Sheriff viewed the Snapchat messages between Victim 1 and the Snap Account and took pictures of the messages. In one of the messages, Victim 1 stated "I'm just a lil scared my mom's gonna find out her 14-year-old girl is sending pics for money."

7. In June 2019, I reviewed the incident report from the Hillsborough County (FL) Sheriff's Office regarding Victim 1, and specifically reviewed pictures of the Snapchat messages between Victim 1 and the Snap Account. It appears based on exchanges between Victim 1 and

the user of the Snap Account, the user of the Snap Account threatened Victim 1 that the user of the Snap Account would post nude pictures of Victim 1 (the pictures she had shared with the user of the Snap Account) on one of Victim 1's social media account pages. Victim 1 responded with a Snapchat message "Idk but okay just please delete all the comments on the posts." The user of the Snap Account responded, "I'll start deleting them soon as ya start taking more (emoji symbol) it would never EVER have happened had ya not blocked me for no damn reason." Victim 1 responded "start taking more of what", and the user of the Snap Account responded "Lmao more pics duh."

8. In October 2018, a Hillsborough County (FL) Sheriff's Office Detective located a record for an individual named Edward J. Okenica residing in Greensboro, Georgia and requested the Greene County (GA) Sheriff's Office attempt to interview Okenica. On or about November 5, 2018, the Greene County (GA) Sheriff's Office notified the Hillsborough County (FL) Sheriff's Office that they had spoken with Edward J. Okenica and learned he had a son by the name of Eddie "Ed" Okenica (the father of the target of the investigation – **Eddie OKENICA**), who lived at 6130 Black Rock Point, Cumming, Georgia. The Hillsborough County (FL) Sheriff's Office notified detectives assigned to the Forsyth County (GA) Internet Crimes Against Children (ICAC) Task Force of Eddie Okenica's address.

9. On or about November 5, 2018, Forsyth County ICAC Task Force Detectives interviewed Edward "Ed" Okenica and his wife, Lynette Okenica, at their residence, located at 6130 Black Rock Point, Cumming, Georgia. It was during this interview that the detectives learned they have a son, **Eddie OKENICA**, who was 22 years old at the time and also lives at 6130 Black

Rock Point. **OKENICA** later arrived at 6130 Black Rock Point, agreed to be interviewed by the detectives, and consented to one of them looking through his phone and provided the passcode. The detective observed a Snapchat account with the user name EDDIEOKENICAA (the Snap Account). Contained in the account and the camera roll of the phone were numerous videos of young females exposing their breasts, vaginas, and anuses. **OKENICA** stated he had been requesting nude pictures and videos from girls on Snapchat for about one and a half to two years but was not sure. **OKENICA** said the youngest child he had pictures of in his phone was 13 or 14 years old adding "well I hope." Detectives asked **OKENICA** if he ever told any of the girls if they stop sending him pictures he would send the pictures he did have of them out to all of their friends, and, according the Forsyth County report, **OKENICA** responded "not unless they owed [him] something like he had already paid them or something like that." At the end of the interview, the detectives seized **OKENICA's** phone.

10. Forsyth County subsequently obtained search warrants for **OKENICA's** cellular phone and residence. Investigators from HSI and Forsyth County have been reviewing the digital information obtained from those search warrants in order to identify minor females **OKENICA** communicated with on Snapchat using the Snap Account and from whom he obtained nude photographs and/or videos. As of August 9, 2019, investigators have identified approximately 16 minor females from a review of **OKENICA's** cellular phone and have interviewed six of them.

11. On or about June 14, 2019, the Gilbert (AZ) Police Department was contacted by W.G., the grandfather of a 13-year-old girl (Victim 2). The grandfather reported that Victim 2 was sending nude pictures via Snapchat to another Snapchat user who had offered to pay for the

pictures, but then threatened to post the pictures online if she told anyone about it. On or about June 14, 2019, a Gilbert Police Department officer interviewed Victim 2, who confirmed the information her grandfather had provided. Victim 2 stated that she had sent nude photos of herself to a boy via Snapchat after he promised payment for the photos. Victim 2 believed that the person she was communicating with on Snapchat was Eddie Okenicaa ("Eddie")[2] and he resided in North Carolina. Victim 2 stated that she began chatting on Snapchat with Eddie around 3:00 p.m. on June 13, 2019 and she stopped chatting with him around 9:00 p.m. that same day. Even after she stopped chatting, Eddie continued to ask for additional photos or threatened that he would post the ones he had of Victim 2 online.

12.  On or about June 18, 2019, the Gilbert Police Department conducted a forensic interview of Victim 2, and in summary she stated the following: she sent nude pictures of herself to a boy on Snapchat that she knew as Eddie Okenicaa from North Carolina. During the interview, Victim 2 noted that she first began communicating with EDDIEOKENICAA (the Snap Account) on or about June 13, 2019. Victim 2 explained that while communicating with the Snap Account, the user of the Snap Account offered to pay Victim 2 for nude pictures of herself that he wanted to use to masturbate with. Victim 2 also stated that on or about June 14, 2019, the user of the Snap Account sent her messages (chats) via Snapchat threatening to post the pictures online that Victim 2 had already sent the Snap Account if she did not send more pictures. The Gilbert Police

---

[2] Victim 2 referred to the user of the Snap Account (*i.e.*, **OKENICA**) by his Snapchat ID --- "Eddie Okenicaa."

Department officer also took pictures of the Snapchat conversations on Victim 2's phone with the Snap Account.

13.    The Gilbert Police Department subsequently served a search warrant on Snapchat requesting electronic content for Victim 2's Snapchat account and the Snap Account for June 13, 2019 and June 14, 2019. Among the information received from Snapchat were the chats between Victim 2 and the Snap Account that had been documented by the Gilbert Police Department, as well as images from the Snap Account, including multiple self-capture images of the user of the Snap Account. Those images were compared with a photo of **OKENICA** from his Georgia's Driver record. Based on that comparison, it appears that the user of the Snap Account is in fact **OKENICA**. In addition, the email account associated with the Snap Account was eddieokenica100@gmail.com. Snapchat also provided IP address information for the Snap Account which included the following two logins timestamped June 14, 2019:

    2601:cf:8003:c4a5:b49a:45e7:16c5:5350 on 6-14-2019 at 10:36:01 UTC
    2601:cf:8003:c4a5:7c27:d073:91c0:d5ce on 6-14-2019 at 23:36:41 UTC

14.    On or about July 9, 2019, the Gilbert Police Department served Comcast Cable Communications LLC with a court order requesting subscriber information for the aforementioned IP addresses.

15.    On or about July 10, 2019, Comcast Cable Communications LLC responded to the court order and identified the following subscriber for the requested IP addresses:

Lynette Okenica,[3] 6310 Black Rock Point, Cumming, Georgia, 30041

16.     On July 13, 2019, I conducted a law enforcement records checks and found Georgia Department of Driver Services records indicating **OKENICA**, year of birth 1996, listed 6310 Black Rock Point, Cumming, Georgia, 30041 as his home address on his driver's license.

17.     On or about July 25, 2019, I received Gilbert Police Department's reports relating to Victim 2, including interview summaries. I reviewed pictures of the Snapchat conversation the Gilbert police officer took between Victim 2 and the Snap Account. The pictures contained the text conversation but not all of the images or videos Victim 2 sent to the Snap Account (and none of the images depicted Victim 2 nude or engaged in sexually explicit conduct). Based on the chats and her interview with the Gilbert Police Department, however, Victim 2 appears to have sent the Snap Account multiple nude photographs and/or videos of herself, including a video of herself masturbating with a hairbrush. Victim 2 requested several times for the user of the Snap Account (identified above as **OKENICA**) to pay for the videos and pictures she sent, but the user of the Snap Account kept requesting more pictures and videos. For example, the user of the Snap Account sent the following message: "You could fr make that whole amount in 30 minutes if ya find bigger stuff to use too." Eventually, Victim 2 asked the user of the Snap Account to delete the pictures she sent and to block her account. The user of the Snap Account responded "Uhhh if you

---

[3] As noted above, on or about November 5, 2018, Forsyth County ICAC Detectives spoke with **OKENICA's** parents, Edward and Lynette Okenica at their home, 6310 Black Rock Point, Cumming, Georgia and learned that their son is **OKENICA** and resides with them at that address.

block me or anything like that ima fr be so mad that I'll literally post everything online w your snap name lmao."

## Conclusion

18. Based on the foregoing information, I respectfully submit that probable cause exists to believe that **EDWARD ("EDDIE") OKENICA**, in the Northern District of Georgia and elsewhere, beginning in at least September 2018 and continuing until at least June 2019, has committed the following violations of federal criminal law:

   a. Production or attempted production of child pornography, in violation of 18 U.S.C. § 2251(a);

   b. Receipt of child pornography, in violation of 18 U.S.C § 2252(a)(2);

   c. Possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B); and

   d. Using a means of interstate commerce to persuade, induce, entice, and coerce individuals who have not attained the age of 18 years to engage in any sexual activity for which **OKENICA** could be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b).