A IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>EDWARD "EDDIE" OKENICA | Criminal Information<br><br>No. 1:20-CR-16 |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One

On or about July 3, 2018, in the Northern District of Georgia, the defendant, EDWARD "EDDIE" OKENICA, did knowingly employ, use, persuade, induce, entice, and coerce a minor, C.R., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing, and having should have kno wn, that such visual depiction would be transported in interstate commerce, such visual depiction having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction having been transported in interstate commerce, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### Count Two

On or about September 8, 2018, in the Northern District of Georgia, the defendant, EDWARD "EDDIE" OKENICA, did knowingly employ, use, persuade, induce, entice, and coerce a minor, A.D., to engage in sexually explicit

conduct for the purpose of producing a visual depiction of such conduct, knowing, and having should have known, that such visual depiction would be transported in interstate commerce, and such visual depiction having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, such visual depiction having been transported in interstate commerce, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### Count Three

On or about September 10, 2018, in the Northern District of Georgia, the defendant, EDWARD "EDDIE" OKENICA, did knowingly employ, use, persuade, induce, entice, and coerce a minor, Z.R., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing, and having should have known, that such visual depiction would be transported in interstate commerce, and such visual depiction having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, such visual depiction having been transported in interstate commerce, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### Count Four

On or about September 10, 2018, in the Northern District of Georgia, the defendant, EDWARD "EDDIE" OKENICA, did knowingly employ, use, persuade, induce, entice, and coerce a minor, D.B., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct,

2

knowing, and having should have known, that such visual depiction would be transported in interstate commerce, and such visual depiction having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, such visual depiction having been transported in interstate commerce, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### Count Five

On or about September 12, 2018, in the Northern District of Georgia, the defendant, EDWARD "EDDIE" OKENICA, did knowingly employ, use, persuade, induce, entice, and coerce a minor, K.H., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing, and having should have known, that such visual depiction would be transported in interstate commerce, and such visual depiction having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, such visual depiction having been transported in interstate commerce, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### Count Six

On or about September 22, 2018, in the Northern District of Georgia, the defendant, EDWARD "EDDIE" OKENICA, did knowingly employ, use, persuade, induce, entice, and coerce a minor, N.F., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing, and having should have known, that such visual depiction would be

transported in interstate commerce, and such visual depiction having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, such visual depiction having been transported in interstate commerce, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## Count Seven

On or about September 22, 2018, in the Northern District of Georgia, the defendant, EDWARD "EDDIE" OKENICA, did knowingly employ, use, persuade, induce, entice, and coerce a minor, J.B., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing, and having should have known, that such visual depiction would be transported in interstate commerce, and such visual depiction having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, such visual depiction having been transported in interstate commerce, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## Count Eight

On or about September 23, 2018, in the Northern District of Georgia, the defendant, EDWARD "EDDIE" OKENICA, did knowingly employ, use, persuade, induce, entice, and coerce a minor, H.R., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing, and having should have known, that such visual depiction would be transported in interstate commerce, and such visual depiction having been

4

produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, such visual depiction having been transported in interstate commerce, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## Count Nine

On or about September 24, 2018, in the Northern District of Georgia, the defendant, EDWARD "EDDIE" OKENICA, did knowingly employ, use, persuade, induce, entice, and coerce a minor, K.G., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing, and having should have known, that such visual depiction would be transported in interstate commerce, and such visual depiction having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, such visual depiction having been transported in interstate commerce, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## Count Ten

On or about September 28, 2018, in the Northern District of Georgia, the defendant, EDWARD "EDDIE" OKENICA, did knowingly employ, use, persuade, induce, entice, and coerce a minor, K.S., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing, and having should have known, that such visual depiction would be transported in interstate commerce, and such visual depiction having been produced using materials that had been mailed, shipped, and transported in and

affecting interstate and foreign commerce by any means, including by computer, such visual depiction having been transported in interstate commerce, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## Count Eleven

On or about June 13, 2019, in the Northern District of Georgia, the defendant, EDWARD "EDDIE" OKENICA, did knowingly employ, use, persuade, induce, entice, and coerce a minor, R.G., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing, and having should have known, that such visual depiction would be transported in interstate commerce, and such visual depiction having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, such visual depiction having been transported in interstate commerce, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## Forfeiture

Pursuant to Title 18, United States Code, Section 2253, upon conviction of any offense charged in this Indictment, the defendant, EDWARD "EDDIE" OKENICA, shall forfeit to the United States of America:

1. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was

produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110; and

2. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

   a. Apple Mac Book Pro S/N C02N6DB2G3QH;

   b. Seagate Hard Drive S/N ZID7KA7F;

   c. Dell Desktop Studio XPD Computer S/N 32X8KN1;

   d. Lenovo Yoga Laptop Computer MP1GLQD3;

   e. iPhone A1349 FCC ID: BCG-E2422A;

   f. iPhone A1532 IMEI 358820053890264;

   g. iPhone XR S/N F2LXV2ZAKXKN;

   h. iPhone 7 S/N F4GSKX1VHG6Y; and

   i. one spiral-bound notebook seized on or about August 14, 2019.

If any of the property described above, as a result of any act or omission of the defendant, EDWARD "EDDIE" OKENICA:

   a.   cannot be located upon the exercise of due diligence;

   b.   has been transferred or sold to, or deposited with, a third party;

   c.   has been placed beyond the jurisdiction of the court;

   d.   has been substantially diminished in value; or

   e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

BYUNG J. PAK
  *United States Attorney*



ALEX R. SISTLA
  *Assistant United States Attorney*
Georgia Bar No. 845602



ERIN SANDERS
  *Assistant United States Attorney*
Georgia Bar No. 552091
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181